# EXHIBIT A

# THE GIBSON LAW FIRM, PLLC

Sujata S. Gibson, Esq.
120 E Buffalo Street, Suite 2
Ithaca, New York 14850

*LRK*
*12/15/25*
*HAND DELIVERY*
*3:12PM*

---

December 15, 2025

**VIA PERSONAL SERVICE**

Hon. Letitia James Attorney General of the State of New York The Capitol Albany, NY 12224

Dr. James V. McDonald Commissioner of Health NYS Department of Health Corning Tower, Empire State Plaza Albany, NY 12237

    Re:    Children's Health Defense, et al. v. McDonald, Case No. 2:25-cv-06877 (E.D.N.Y.) **NOTICE OF IMMINENT EMERGENCY MOTION**

Dear Attorney General James and Commissioner McDonald:

We represent the Plaintiffs in the above-referenced civil rights action. Enclosed please find the Summons and Verified Complaint filed in the United States District Court for the Eastern District of New York.

**PLEASE TAKE NOTICE** that Plaintiffs anticipate filing an Emergency Motion for a Temporary Restraining Order (TRO) and Preliminary Injunction to prevent the imminent expulsion of minor children from school.

This matter has been assigned to Magistrate Judge Anne Y. Shields, though Plaintiffs have requested relation to *Doe v. Oceanside* (2:25-cv-02304) before Judge Brown.

Action Required: Please direct the assigned Assistant Attorney General to contact the undersigned immediately at (607) 327-3284 or sujata@gibsonfirm.law so that we may effectuate immediate electronic service of the emergency motion papers as soon as they are filed.

                              Sincerely,

                              /s/ *Sujata S. Gibson*

                              Sujata Gibson, Esq.