# EXHIBIT B

| | |
|---|---|
| **From:** | Sujata Gibson |
| **To:** | Morelli, Robert |
| **Subject:** | RE: CHD v. McDonald - EDNY |
| **Date:** | Monday, December 22, 2025 2:40:38 PM |

**[EXTERNAL]**

Hi Robert,

Apologies for the delay—I thought I had hit send on a reply to this earlier.

Regarding the schedule: We are currently reassessing the timing and necessity of a TRO/PI application. I do **not** anticipate filing emergency papers over the holidays. I will keep you posted on how we decide to proceed.

Happy Holidays,
Sujata

Sujata S. Gibson
Gibson Law Firm, PLLC
120 E Buffalo St., Ste. 2
Ithaca, New York 14850
Phone: (607) 327-4125

This transmission is intended solely for the use of the person(s) or entity(ies) to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  Any review, forwarding, copying or other use of, or taking of any action in reliance upon, this transmission or its contents by persons other than the addressee(s) is strictly prohibited. If you have received this transmission in error, or are uncertain about its proper handling, please notify Sujata S. Gibson, Esq. immediately at (607) 327-4125 or via e-mail at sujata@gibsonfirm.law and destroy the transmission.

**From:** Morelli, Robert <Robert.Morelli@ag.ny.gov>
**Sent:** Tuesday, December 16, 2025 3:21 PM
**To:** Sujata Gibson <sujata@gibsonfirm.law>
**Subject:** CHD v. McDonald - EDNY

Hi Sujata –

I've been assigned to handle your new case in the EDNY – <u>Children's Health Defense v. McDonald,</u> and I'm reaching out because your letter states that you're planning to file a TRO soon.  Please let me know when this is going to happen, and please send me copies of the papers are soon as they're prepared.

As you're aware, the holidays are swiftly approaching, so to the extent possible, I'd appreciate if we

could try and suggest mutually agreeable dates to the Court for a hearing if that's what the Judge wants to do.

Best,

Rob Morelli

---

**Robert E. Morelli, Assistant Attorney General**

Office of the New York State Attorney General | Suffolk Regional Office

300 Motor Parkway, Suite 230 | Hauppauge, New York  11788

[robert.morelli@ag.ny.gov](mailto:robert.morelli@ag.ny.gov) | Direct: (631) 231-2179 | Fax: (631) 435-4757

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.