

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

February 19, 2026

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, N.Y. 11722

Re: **Children's Health Defense, et al v. McDonald**
Docket No.: #: 2:25-cv-6877 (Azrack, J.) (Shields, M.J.)

Dear Judge Azrack:

Pursuant to Your Honor's individual rules, enclosed please find a courtesy copy of Defendant's opposition to Plaintiffs' Motion for a Preliminary Injunction, consisting of the following documents:

- Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion – Document 20
- Exhibit 1 to Memorandum of Law (Def. McDonald's post-GVR Order brief in Miller) – Document 20-1
- Exhibit 2 to Memorandum of Law (Unreported cases) – Document 20-2
- Declaration of Robert Morelli in Opposition to Motion for PI – Document 20-3
- Exhibit 1 to Morelli Dec. ("Notice of Imminent Emergency Motion" letter served on Defendant) – Document 20-4
- Exhibit 2 to Morelli Dec. ("Notice of Imminent Emergency Motion" letter served on OAG) – Document 20-5
- Exhibit 3 to Morelli Dec. (12/22/25 email correspondence) – Document 20-6

Defendant thanks the Court for its courtesy and looks forward to the resolution of this action.

Respectfully,

*Robert E. Morelli*

Assistant Attorney General

CC: Counsel of Record via ECF